76,283-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

WR-76,283-07

STEVEN MICHAEL BACKSTROM § IN THE TEXAS COURT

VS. § OF CRIMINAL APPEALS,

THE STATE OF TEXAS § TRAVIS COUNTY, TEXAS

---

### ADDENDUM TO PETITIONER'S MOTION FOR REHEARING, EN BANC

---

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, STEVEN MICHAEL BACKSTROM, PETITIONER, AND WOULD RESPECTFULLY SHOW THIS COURT THE FOLLOWING:

Within the State's original Answer in response to Petitioner's actual innocence writ of habeas corpus, the State deemed Petitioner's ground three claim of perjury by the complainant a "recantation" and set forth a TEX. Court Crim. Proc., Art. 11.07 § 4(a)(1) standard as opposed to Petitioner's §4(a)(2) claim.

Petitioner directs this Court to Ex parte Franklin, 310 S.W. 3d 918; 2010 TEX. App. LEXIS 3350. In this particular case, the Ninth District Court of Appeals (Beaumont) concluded the trial court erred in denying habeas relief without holding an evidentiary hearing because the alleged victim in that case recanted which in turn constituted affirmative evidence of Petitioner's innocence. The appellate court

WENT ON to say that the trial court should have held a hearing to allow him the opportunity to call the victim as a witness and allow her to explain herself. The State cited RECANTATION but failed to offer an evidenciary hearing as prescribed by law.

This Court has chosen to agree with the trial court and thus, as opposed to outright dismissing Petitioner's claim, this Court should ORDER a hearing on the matter in order to resolve all of the issues, or

should this Court choose to RE-EVALUATE the constitutionality of the State's rationale for recommending denial which ultimately influenced this Court to deny relief it would find that the trial court's rationale is in fact contrary to U.S. Supreme Court law as previously argued.

So prayed this October 1st, 2015.

Under penalty of perjury, Petitioner, Steven M. Backstrom AVERS to all of the statements herein.

Signed this 1st day of October, 2015

Respectfully Submitted,

Steven M. Backstrom
TDCJ # 1657938
Clements Unit
9601 Spur 591
Amarillo, TX 79107